IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLINT McLEAN, <br> CHEVERA McLEAN, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | | Civil Action No. JKB-19-2136 |
| | * | |
| RESIDENTIAL CREDIT OPPORTUNITIES <br> III MARYLAND, LLC, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | *** | |

## ORDER

On October 24, 2019, this Court issued an Order requiring Plaintiffs Clint and Chevera McLean to show cause why service of process had not been effectuated and why this matter should not be dismissed for failure to state claims upon which relief may be granted. ECF No. 13. Plaintiffs were provided 14 days in which to file their response and were forewarned that failure to show cause would result in dismissal of the Complaint. *Id.* Plaintiffs have failed to file the required response.

Accordingly, it is hereby ORDERED, by the United States District Court for the District of Maryland, that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk IS DIRECTED to MAIL a copy of this Order to Plaintiffs; and

3. The Clerk IS FURTHER DIRECTED to CLOSE this case.

Dated this 12 day of November, 2019.

FOR THE COURT:

_____
James K. Bredar
Chief Judge